860 A.2d 486

**In re NOMINATION PAPERS OF Michael J. CAVANAGH for Representative in the General Assembly for the 51st District.**

**Appeal of Michael J. Cavanagh.**

Supreme Court of Pennsylvania.

Submitted on Briefs Sept. 29, 2004.

Decided Oct. 27, 2004.

Michael Cavanagh, for Pro Se.

Kenneth B. Burkley, for Robert Bowers.

Before CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN, BAER, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of October, 2004, the Order of the Commonwealth Court is affirmed.